UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN, BX3065,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW TURNER, et al.,<br><br>Defendant(s). | Case No. 24-cv-04744-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

This civil action by a prisoner was transferred to this court from the Eastern District of California on August 6, 2024. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $405.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. Plaintiff's action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: September 20, 2024

_____
CHARLES R. BREYER
United States District Judge